IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:18-CR-00023-GCM-DCK

| | |
|---|---|
| USA, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **ROBERT MICHAEL GEORGE,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER COMES** before this Court on the Court's own Motion. The Arraignment Order issued in this case on April 23, 2018 provided a pre-trial motions deadline of eight (8) business days prior to the first day of the trial term. Additionally, the Order provided a pre-trial motions deadline for motions arising out of Rule 12(b)(3) of eight (8) business days prior to the first day of the motions term. The Court in an Order dated December 6, 2018 continued the trial until January 15, 2019. (Doc. No. 20). Prior to the Court's Order on December 6, 2018, the deadline to file pre-trial motions would have been December 24, 2018. The Court will extend that deadline to allow pre-trial motions to be filed up to and including December 27, 2018.

Therefore, **IT IS ORDERED** that the Standard Arraignment Order is modified such that the deadline for pre-trial motions, including motions made under Rule 12(b)(3), is December 27, 2018.

**SO ORDERED**.

Signed: December 7, 2018

Graham C. Mullen
United States District Judge