IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
5:18-CR-23-GCM

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBERT MICHAEL GEORGE, | ) | |
| Defendant. | ) | |

THIS MATTER IS BEFORE THE COURT on its own motion. Defendant's sentencing hearing was held on October 15, 2019. The Court neglected to address the rate at which Defendant must pay his restitution fee or whether the Defendant must pay a fine or special assessment fee. The Court now determines that Defendant shall begin paying his restitution fee 60 days after becoming employed and shall be required to repay that fee at a rate no greater than $100 per month. In addition, having considered the factors noted in 18 U.S.C. § 3572(a), Defendant does not have the ability to pay a fine or interest, and, therefore, the Court waives payment of both. Defendant shall pay a special assessment fee of $100.

IT IS SO ORDERED.

Signed: October 16, 2019

Graham C. Mullen
United States District Judge