# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL ACTION NO. 5:18-CR-00023-GCM-DCK

| | |
|---|---|
| UNITED STATES, | |
| Plaintiff, | |
| v. | ORDER |
| ROBERT MICHAEL GEORGE, | |
| Defendant. | |

**THIS MATTER IS BEFORE THE COURT** upon Defendant Robert Michael George's Motion for Early Termination of Probation/Supervised Release (ECF Doc. 72). For good cause shown, the motion is **GRANTED** effective the date of the signing of this Order.

**SO ORDERED**.

Signed: June 11, 2021

*(signature)*

Graham C. Mullen
United States District Judge