IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | DOCKET NO. 5:18-CR-23 |
| ROBERT MICHAEL GEORGE, | |
| Defendant. | |

## **MOTION TO SEAL LETTERS OF SUPPORT**

Robert Michael George by and through his counsel of record, Myra Cause, and pursuant to Local Rule 49.1.1, respectfully requests that this Court to allow him to file his Letters of Support of Resentencing under seal based upon the sensitive nature of the information contained therein, including sensitive information supporting the request within the motion. This case has received high public/media attention and we respectfully ask the Letters of Support of Resentencing to be filed under seal to preserve Mr. George's privacy and safety.

Respectfully submitted:

s/ Myra Cause
Myra Cause
Assistant Federal Public Defender
*Attorney for Robert Michael George*
Federal Defenders of Western North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720
E-mail: myra_cause@fd.org