3018 West Sedgefield Drive
Greensboro, NC 27407

February 11th, 2022

Judge Kenneth Bell
United States District Court
Western District of North Carolina
7200 Charles R. Jonas Federal Bldg.
401 West Trade Street
Charlotte, NC 28202

Dear Judge Bell,

I am reaching out to you in connection to the upcoming re-sentencing of Robert Michael George for his conviction of Deprivation of Rights under Color of Law. I regret the event leading to this conviction occurred and extend my sympathies to the victim. As presiding judge, I understand you are responsible for imposing a fair and just sentence.

I am a small business owner in High Point, NC and live with my wife and three daughters in Greensboro. Robert and I have been close friends for almost 23 years. Robert is a college graduate and maintained a spotless record with the Hickory Police Department for more than 16 years. He advanced through the ranks of the police department and provided essential skills during his meritorious tenure. Once charged with the crime of which he has been convicted, Robert was discharged of his police duties, but he immediately sought and maintained employment until his conviction in January 2019. When his employer terminated his employment due to the conviction, Robert stood back up, found another job, and has maintained employment ever since.

Robert is a caring and responsible father to his teenage son Luke, who has been diagnosed with autistic spectrum disorder. On a personal level, Robert has supported me through the loss of a job and the stress of starting a company. He is always willing to lend a helping hand, even without asking.

The unfortunate event of which Robert was convicted occurred over 8 years ago. This has resulted in the obvious loss of a career, a marriage and his pension, not to mention the extended mental stress and social stigma.

As you know Robert has sucessfully satisfied all probation requirements without fail and paid all restitution. His records demonstrate retribution was handed down by our Government and the need to provide deterrence or rehabilitation are not at issue. Sentencing guidlines are just that and our Department of Justice's neverending effort to needlessly incapaciate an individual who continually contributes to society is disappointing.

Judge, as you contemplate appropriate re-sentencing in Robert's conviction, please consider my above testimonial of his character.

Sincerely,

*[signature]*

Gary Brewer